UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Adam Community Center,

                Plaintiff(s),

v.                                      Case No. 2:18-cv-13481-NGE-APP
                                         Hon. Nancy G. Edmunds

City of Troy, et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 805, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  October 31, 2019 at 02:00 PM
- STATUS CONFERENCE:  October 31, 2019 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/L. Bartlett
                                                               Case Manager

Dated:   October 23, 2019