IE 800 Generic Notice of Hearing (Rev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Adam Community Center,

    Plaintiff,

v.

City of Troy, et al.,

    Defendants.                   /

Case Number: 18-13481

District Judge Nancy G. Edmunds

Magistrate Judge Mona K. Majzoub

## NOTICE AND ORDER TO APPEAR FOR SETTLEMENT CONFERENCE

You are hereby notified to appear before the Honorable Mona K. Majzoub, United States Magistrate Judge for the above proceeding on:

| DATE | TIME | ROOM |
|---|---|---|
| December 17, 2019 | 9:30 am | Theodore Levin U.S. Courthouse<br>231 W. Lafayette, Room 459<br>Detroit, Michigan 48226 |

\*Counsel, the parties and decision makers with full settlement authority are ordered to appear in person. Any party and/or any party's representative with ultimate settlement authority who fails to attend in person will be held in <u>contempt</u> of this court.

\*\*Each Party to submit concise written statement (not to exceed 3 pages) of the 1.) Disputed facts, 2.) Undisputed facts and 3.) Legal issues (citing the supporting legal authority of each issue) to be considered for purposes of settlement.  This statement is for the Judge's eyes only.

\*\*\*Submit via email to efile_majzoub@mied.uscourts.gov by December 10, 2019.

Dated: November 13, 2019            s/ Mona K. Majzoub
                                             UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Notice was served upon the parties and/or counsel of record on this date by electronic and/or first class mail.

                                          s/ Leanne Hosking
                                          Case Manager
                                          313-234-5206 desk,  313-234-5495 (Fax)