UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Adam Community Center,

                Plaintiff(s),

v.                                                Case No. 2:18−cv−13481−NGE−APP
                                                Hon. Nancy G. Edmunds

City of Troy, et al.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 811. The following motion(s) are ***rescheduled*** for hearing:

        Motion for Summary Judgment − #30
        Motion for Summary Judgment − #32

- MOTION HEARING: March 4, 2020 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/L. Bartlett
                                                      Case Manager

Dated:  January 16, 2020