UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM COMMUNITY CENTER,
a domestic nonprofit corporation, a/k/a
ADAM COMMUNITY (ACC), a
domestic nonprofit corporation,

    Plaintiff,

v.

CITY OF TROY, a Michigan municipal
corporation, TROY CITY COUNCIL, CITY
OF TROY PLANNING COMMISSION,
CITY OF TROY ZONING BOARD OF
APPEALS, and DANIEL AGAUAS, GLEN
CLARK, THOMAS DESMOND, DAVID
EISENBACHER, ORESTIS KALTSOUNIS,
PADMA KUPA, DAVE LAMBERT, JAMES
MCCAULEY, individually and in their official
capacities as members of the TROY ZONING
BOARD OF APPEALS,

    Defendants.
_____/

Civil Action No. 18-13481

Hon. Nancy G. Edmunds

**CONSENT MOTION OF ATTORNEY BRANDON BOLLING
TO WITHDRAW AS ATTORNEY OF RECORD
FOR DEFENDANT, GLEN CLARK**

Pursuant to Local Rule 83.25(b)(2), Brandon Bolling, counsel for Defendant, Glen Clark ("Clark"), hereby moves to withdraw his appearance in this case and in support would respectfully show as follows:

1

1. Mr. Bolling previously entered an appearance for Defendant Clark in this matter.

2. Mr. Bolling is departing the Thomas More Law Center, the firm representing Defendant Clark, effective June 12, 2020, and he will thereinafter be unable to work on this matter.

3. Attorney Richard Thompson of the Thomas More Law Center will continue to represent the Defendant Clark.

4. Mr. Clark consents to this motion. Additionally, opposing counsel has been consulted and has also consented to the withdrawal of Mr. Bolling.

WHEREFORE, it is respectfully requested that attorney Brandon Bolling be granted leave to withdraw as counsel for Defendant Clark in this matter.

Dated: June 10, 2020              Respectfully submitted,

THOMAS MORE LAW CENTER

s/ Brandon Bolling

Brandon Bolling (P60195)
Richard Thompson (P21410)
24 Frank Lloyd Wright Drive
P.O. Box 393, Suite J-3200
Ann Arbor, MI  48106
(734) 827-2001
bbolling@thomasmore.org
rthompson@thomasmore.org

## Certificate of Service

I hereby certify that on June 10, 2020, I electronically the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record using the ECF system.

Dated:  June 10, 2020					THOMAS MORE LAW CENTER

						<u>s/Brandon Bolling</u>
						Brandon Bolling (P60195)