UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

**ADAM COMMUNITY CENTER,** a domestic nonprofit corporation, a/k/a **ADAM COMMUNITY (ACC),** a Domestic nonprofit corporation**,**

    Plaintiff,

v.

**CITY OF TROY,** A Michigan municipal Corporation, **TROY CITY COUNCIL, CITY OF TROY PLANNING COMMISSION, CITY OF TROY ZONING BOARD OF APPEALS,** and **DANIEL AGAUAS, GLEN CLARK, THOMAS DESMOND, DAVID EISENBACHER, ORESTIS KALTSOUNIS, PADMA KUPA, JAMES MCCAULEY,** in their official Capacities as Members of the **TROY ZONING BOARD OF APPEALS,**

    Defendants.

**Case No: 18-13481**
**Hon. Nancy G. Edmunds**

| | | |
|---|---|---|
| **CAIR-MI** By: Amy V. Doukoure (P80461) *Attorney for Plaintiff* 30201 Orchard Lake Road Suite 260 Farmington Hills, MI 48334 (248) 559-2247 Phone (248) 559-2250 Fax adoukoure@cair.com | Lori Grigg Bluhm (P46908) Allan T. Motzny (P37580) *Attorneys for Defendants* 500 W. Big Beaver road Troy, MI 48084 (248) 524-3220 Bluhmlg@troymi.gov | **THOMAS MORE LAW CENTER** BY: Richard Thompson (P21410) *Attorney for Defendant Glenn Clark* 24 Frank Lloyd Wright Drive P.O. Box 393 Suite J-3200 Ann Arbor, MI 48106 (734) 827-2001 bbolling@thomasmore.org rthompson@thomasmore.org |

**NOTICE OF CHANGE OF ADDRESS**

To: Clerk of Courts
    Defendants c/o  Lori Grigg Bluhm and Alan Motzney
    Defendant Glenn Clark c/o Thomas Moore Law Center

**PLEASE TAKE NOTICE:**

Address for counsel of Plaintiff, Council on American Islamic Relations -Michigan- Legal Fund has effective immediately had a change of address as follows:

CAIR-MI Legal Fund
1905 S. Haggerty Rd., Suite 105
Canton, MI 48188

Dated: August 19, 2020　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Amy V. Doukoure
　　　　　　　　　　　　　　　　　　　　　　　　Amy V. Doukoure (P80461)
　　　　　　　　　　　　　　　　　　　　　　　　CAIR-MI Legal Fund
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2020, I electronically filed the foregoing paper with the Clerk of Court using the ECF filing system which will forward notification of such filing to the following: all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Amy V. Doukoure
　　　　　　　　　　　　　　　　　　　　　　　　Amy V. Doukoure (P80461)
　　　　　　　　　　　　　　　　　　　　　　　　CAIR-MI Legal Fund
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff