## INDEX OF EXHIBITS

**EXHIBIT A:** The Court's Opinion and Order on Defendant's Motion for Summary Disposition dated August 26, 2020

**EXHIBIT B:** Plaintiff's First Discovery Request to Defendant Glenn Clark

**EXHIBIT C:** Defendant Glenn Clark's Response to Plaintiff's First Request for Production

**EXHIBIT D:** Plaintiff's Subpoena and Notice of Taking Deposition to Defendant Clark

**EXHIBIT E:** Transcript of Defendant Clark's Deposition Taken 08/06/2019

**EXHIBIT F:** Email Obtained at Defendant Clark's Department of Justice Deposition

**EXHIBIT G:** Deposition of Glenn Clark Taken by DOJ on 08/26/2020

**EXHIBIT H:** Southern Poverty Law Center Article about Frank Gaffney Jr.