UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Adam Community Center,

                    Plaintiff(s),

v.                                       Case No. 2:18–cv–13481–NGE–APP
                                       Hon. Nancy G. Edmunds

City of Troy, et al.,

                    Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

    Motion for Reconsideration – #55

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Nancy G. Edmunds *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/L. Bartlett
                                                      Case Manager

Dated: September 18, 2020