# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 19-cv-12736 |
| | ) Hon. Nancy G. Edmunds |
| v. | ) |
| | ) |
| **CITY OF TROY, MICHIGAN** | ) |
| | ) |
| Defendant. | ) |

*and*

| | |
|---|---|
| **ADAM COMMUNITY CENTER**, a domestic nonprofit corporation, | ) ) ) |
| Plaintiff, | ) Civil Action No. 18-cv-13481 |
| | ) Hon. Nancy G. Edmunds |
| v. | ) |
| | ) |
| **CITY OF TROY**, a Municipal corporation, et al., | ) ) ) |
| Defendants. | ) |

## **STIPULATED ORDER EXTENDING SCHEDULE**

Having considered the parties' Joint Stipulation Regarding City of Troy Expert and Motion to Extend Schedule Related to City of Troy Expert Availability and for good cause shown, the parties in the above captioned-matters shall follow the below-listed deadlines:

- **Discovery Cutoff:** November 13, 2020

- **Dispositive Motions Filed By:** December 23, 2020

**SO ORDERED.**

                                                                **s/ Nancy G. Edmunds**
                                                                NANCY G. EDMUNDS
                                                                United States District Judge

Dated:  October 13, 2020