# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISON

**ADAM COMMUNITY CENTER,** a domestic nonprofit corporation, a/k/a **ADAM COMMUNITY (ACC),** a Domestic nonprofit corporation**,**

    Plaintiff,

v.

**CITY OF TROY,** et. al.

    Defendants.

Case No: 18-13481
Hon. Nancy G. Edmunds

---

## PLAINTIFF'S EX-PARTE MOTION TO EXCEED PAGE LIMIT

Plaintiff moves ex parte pursuant to E.D. Mich. LR 7.1(d)(3) to exceed the page limit by 5 pages in his motion for summary judgment, filed concurrently. Plaintiff's Motion seeks Summary Judgement on two of its eleven counts. However, the Claims giving rise to this motion involve detailed and nuanced explanation of fact and municipal ordinance and law. The litigation itself encompassed this suit and a companion suit filed by the United States Department of Justice, took over two years to reach this point, involved thirteen (13) depositions, some very lengthy, as well as thousands of pages of documents produced as evidence by all parties.

Accordingly, in order to present all relevant facts and law necessary to fairly represent the issues involved in this case, a five (5) page extension is necessary.

Accordingly, Plaintiff respectfully requests the Court grant Defendant's ex parte motion to exceed page limits by 5 pages in his motion for summary judgment, filed concurrently. A proposed order was submitted via ECF.

Respectfully Submitted,

                                    **CAIR-MI LEGAL FUND**

                                 /s/ Amy V. Doukoure
                                 BY: Amy V. Doukoure (P80461)
                                 30201 Orchard Lake Road, Suite 260
                                 Farmington Hills, MI 48334
                                 (248) 559-2247
                                 adoukoure@cair.com

                                 **COUNSEL FOR PLAINTIFF**

DATED: December 23, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, the foregoing paper was filed with the Clerk of the Court using the ECF System which will give notice to all counsel of record.

/s/ Amy V. Doukoure