UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Adam Community Center,

      Plaintiff(s),

v.                 Case No. 2:18-cv-13481-NGE-APP
                Hon. Nancy G. Edmunds

City of Troy, et al.,

      Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

              s/Nancy G. Edmunds
              Nancy G. Edmunds
              United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

              s/L. Bartlett
              Case Manager

Dated:   March 22, 2022