UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM COMMUNITY CENTER,   Case No. 18-13481
Honorable Nancy G. Edmunds
    Plaintiff,   Magistrate Judge David R. Grand

v.

CITY OF TROY, ET AL.,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT CONFERENCE VIA ZOOM

A SETTLEMENT CONFERENCE in the above-entitled case has been set for **Monday, April 18, 2022 at 1:00p.m.** before U.S. Magistrate Judge David R. Grand via Zoom. **CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE.**

The parties shall submit concise confidential statements summarizing their respective position(s) on the case and the history of all settlement negotiations, not to exceed five (5) pages, by **Thursday, April 14, 2022, at 4:30 p.m.** Each party's confidential statement should be hand-delivered or faxed directly to Chambers at 734-741-2483, and *is not to be filed with the Court or placed on the docket. An email will be sent to counsel of record with zoom instructions.*

Dated: April 12, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 12, 2022, by electronic and/or ordinary mail.

        s/Eddrey O. Butts
        Case Manager, (734) 741-2484