UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM COMMUNITY CENTER,  Case No. 18-13481
　　　　　　　　　　　　　　　　　　　　Honorable Nancy G. Edmunds
　　　Plaintiff,　　　　　　　　　　　Magistrate Judge David R. Grand

v.

CITY OF TROY, ET AL,

　　　Defendant(s).
　　　　　　　　　　　　　　　　　/

## NOTICE OF SETTLEMENT CONFERENCE  VIA ZOOM

A SETTLEMENT CONFERENCE in the above-entitled case has been set for **Monday, May 23, 2022 at 10:00a.m.** before U.S. Magistrate Judge David R. Grand via Zoom. **CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE.**

The parties shall submit concise confidential statements summarizing their respective position(s) on the case and the history of all settlement negotiations, not to exceed five (5) pages, by **Thursday, May 19, 2022, at 4:30 p.m.**  Each party's confidential statement should be hand-delivered or faxed directly to Chambers at 734-741-2483, and *is not to be filed with the Court or placed on the docket.  An email will be sent to counsel of record with zoom instructions.*

Dated:  May 10, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 10, 2022, by electronic and/or ordinary mail.

　　　　　　　　　　　　　　　　 s/Eddrey O. Butts
　　　　　　　　　　　　　　　Case Manager, (734) 741-2484