UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM COMMUNITY CENTER,
a domestic nonprofit corporation, a/k/a     Civil Action No. 18-13481
ADAM COMMUNITY (ACC), a
domestic nonprofit corporation,     Hon. Nancy G. Edmunds

    Plaintiff,
v.

CITY OF TROY, *et al*,
    Defendants.
_____/

## INDEX OF EXHIBITS

A. Certificate of Occupancy

B. Email from United States Attorney's Office