# Exhibit A



# CERTIFICATE OF OCCUPANCY
## CITY OF TROY
### OAKLAND COUNTY
## STATE OF MICHIGAN

**OF2022-0103**

This is to certify that the structure listed below having complied with the requirements of the ordinances of the City of Troy, is hereby granted permission to occupy the said premises as set forth in the corresponding application under which the permits were granted.

| | |
|---|---|
| Building Code in Effect: **2015 Michigan Building Code** | |
| Zoning: **GB, NONE** | Sprinkler System Information |
| Use Group: **A-2, A-3** | Sprinker System Required? **Y**    Installed? **Y** |
| Construction Type: **2B** | |

Subject to the following stipulation:

**Location**
3635 ROCHESTER
88-20-22-276-051
Lot:
Subdivision: Acreage

**Permit #: PB2022-1213**

**Issued to**
3635 ROCHESTER ROAD LLC
2015 WASHTENAW AVE
ANN ARBOR            MI    48104

Signed in Troy, Michigan
07/13/2022

_____
Building Official

**NON-TRANSFERABLE**

Please take a few minutes and let us know about your experience working with us via our customer feedback survey at
https://troymi.gov/CDSurvey