UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM COMMUNITY CENTER,	Case No. 18-13481
	Honorable Nancy G. Edmunds
    Plaintiff,	Magistrate Judge David R. Grand

v.

CITY OF TROY,

    Defendant(s).
_____/

**NOTICE OF SETTLEMENT CONFERENCE**

A SETTLEMENT CONFERENCE in the above-entitled case has been set for **Tuesday, October 25, 2022 at 9:30a.m.** before U.S. Magistrate Judge David R. Grand, at the United States Federal Courthouse, 200 East Liberty Street, Chambers 100, Ann Arbor, MI 48104. **CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE IN PERSON.**

The parties shall submit concise confidential statements summarizing their respective position(s) on the case and the history of all settlement negotiations, not to exceed five (5) pages, by **Thursday, October 20, 2022, at 4:30 p.m.** Each party's confidential statement should be emailed directly to Chambers at efile_grand@mied.uscourts.gov, and *is not to be filed with the Court or placed on the docket.*

Dated: October 3, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 3, 2022, by electronic and/or ordinary mail.

                                      s/Eddrey O. Butts
                                    Case Manager, (734) 741-2484