UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Adam Community Center,

                    Plaintiff(s),

v.                                            Case No. 2:18−cv−13481−NGE−APP
                                             Hon. Nancy G. Edmunds

City of Troy, et al.,

                    Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before Magistrate Judge David R. Grand at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 811, Detroit, Michigan, for the following proceeding(s):

- VOIR DIRE:  January 24, 2023 at 09:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/J. Owens
                                                  Acting in the absence of Eddrey Butts

Dated:   October 20, 2022