UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Adam Community Center,

                Plaintiff(s),

v.                                    Case No. 2:18−cv−13481−NGE−APP
                                           Hon. Nancy G. Edmunds

City of Troy, et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 811, Detroit, Michigan, for the following proceeding(s):

- MISCELLANEOUS HEARING:  November 29, 2022 at 01:30 PM
- STATUS CONFERENCE:  November 29, 2022 at 01:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/L. Bartlett
                                                     Case Manager

Dated:  October 27, 2022