UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Adam Community Center,

                    Plaintiff(s),

v.                                           Case No. 2:18−cv−13481−NGE−APP
                                             Hon. Nancy G. Edmunds

City of Troy, et al.,

                    Defendant(s),

**NOTICE OF TELEPHONIC CONFERENCE**

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge David R. Grand as follows:

- STATUS CONFERENCE:  November 16, 2022 at 04:00 PM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   Counsel will receive a phone number and access code by email

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/M. Lang
                                                         Acting in the absence of Eddrey Butts

Dated:  November 16, 2022