UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM COMMUNITY CENTER,
a domestic nonprofit corporation, a/k/a        Civil Action No. 18-13481
ADAM COMMUNITY (ACC), a
domestic nonprofit corporation,                Hon. Nancy G. Edmunds

    Plaintiff,
v.

CITY OF TROY, *et al*,
    Defendants.
_____/

## STIPULATION FOR ORDER OF DISMISSAL

The parties stipulate to entry of the attached order dismissing Plaintiff's action against all Defendants with prejudice and without costs, interest or attorney fees to any party.

| | |
|---|---|
| s/Amy V. Doukoure (P80461) w/ consent | s/Allan T. Motzny (P37580) |
| Amy V. Doukoure (P80461) | Lori Grigg Bluhm (P46908) |
| Attorney for Plaintiff | Allan T. Motzny (P37580) |
| CAIR-MI Legal Fund | Attorney for Defendants |
| 1905 S. Haggerty Road | Troy City Attorney's Office |
| Ste. 5 | 500 W. Big Beaver Road |
| Canton, MI 48188 | Troy, MI 48084 |
| (248) 559-2247 | (248) 524-3320 |
| adoukoure@cair.com | motznyat@troymi.gov |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM COMMUNITY CENTER,
a domestic nonprofit corporation, a/k/a
ADAM COMMUNITY (ACC), a
domestic nonprofit corporation,

Civil Action No. 18-13481

Hon. Nancy G. Edmunds

    Plaintiff,
v.

CITY OF TROY, *et al*,
    Defendants.
_____/

## ORDER OF DISMISSAL

Upon the reading and the filing of the attached stipulation,

**IT IS HEREBY ORDERED** that Plaintiff's action against all Defendants is dismissed with prejudice and without costs, interest or attorney fees to any party. This is a final order and closes the case.

Dated: November 22, 2022

    **s/ Nancy G. Edmunds**
    NANCY G. EDMUNDS
    UNITED STATES DISTRICT JUDGE